# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

In Re: ) No. CV-10-334-LRS
)
THE CATHOLIC BISHOP OF )
SPOKANE a/k/a THE CATHOLIC ) **ORDER OF DISMISSAL**
DIOCESE OF SPOKANE, a )
Washington corporation, )
)
        Debtor. )
)

    Pursuant to appellant's July 11, 2013 filing (ECF No. 14), the appeal in this matter is **DISMISSED**. The file shall be **CLOSED**.

    **IT IS SO ORDERED**. The District Executive shall forward copies of this order to counsel of record.

    **DATED** this   12th   day of July, 2013.

    *s/Lonny R. Suko*
    LONNY R. SUKO
    United States District Judge

**ORDER OF DISMISSAL-**     **1**